| | |
|---|---|
| DATE 10/23/19 | CASE NUMBER  4:19-cr-254  ALM/KPJ |
| LOCATION Plano | USA  Anand Varadarajan  Assigned |
| JUDGE Kimberly C. Priest Johnson | VS  Camelia Lopez  Appeared |
| DEPUTY CLERK: Toya McEwen | |
| COURT REPORTER: Digital Recording | CRAIG BEASON |
| INTERPRETER: | Defendant  Michelle |
| USPO: Fred Forman | Brian O'Shea, FD |
| BEGIN 10:11 am | Attorney |
| Total time: 4 min | Hrg held with 4:19cr242.4 + 4:19cr159.14 |

☑ ARRAIGNMENT

## ARRAIGNMENT

FILED OCT 23 2019
Clerk, U.S. District Court
Texas Eastern

☐ Interpreter required
☑ Defendant sworn
☑ Arraignment held     ☐ Arraignment called
☑ Defendant is the same person as named in indictment.
☑ Defendant appeared: ☑ with  ☐ without counsel
☐ Defendant requested court-appointed counsel and completed financial affidavit
☐ Court finds the defendant ☐ able ☐ unable to employ counsel. _____ appointed

☐ Arraignment RESET to: _____

☑ Dft  ☑ received copy of charges     ☐ discussed charges with counsel     ☐ charges read
      ☑ waived reading of charges     ☑ advised of maximum penalties

Dft enters a plea of: ☑ not guilty  ☐ guilty  ☐ nolo  ☐ guilty - lesser
to counts: ☑1 ☐2 ☐3 ☐4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10 ☐11 ☐12 ☐_____
☐ all counts; ☑ indictment includes forfeiture

☐ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☐ **PRETRIAL CONFERENCE SET**: Friday, December 13, 2019 at 10:00 am before Judge Amos Mazzant in Sherman, Texas

☑ Michelle Allen-McCoy to contact Fannin Jail to check status of Defendant's request to see mental health physician.

☐ Government motion _____

☑ Defendant remanded to custody USM     ☐ Defendant remained on Conditions of Release

OTHER PROCEEDINGS: _____

CRIM 92-116                                                                                              10:22 am Adjourn