

# Sheriff's Department
## Marian Brown
### Dallas County, Texas
### Bail Bond Section

**RECEIPT**

Date: **2/24/2020**  Bond Amount: $ **2,500.00**

Receipt No: **20905187**  Court No:

Services rendered by Sheriff, Dallas County as listed below

Received Payment: $ **0**  Book-In No.:

From: ,
Bail Bonds: **CONTINENTAL HERITAGE INS CO/PAT KINNARD BAIL BONDS #912 #912**
Address: **101-A SHERMAN STREET**  City: **RICHARDSON**  ST: **TX**  Zip: **75081**
Phone: **(214) 752-0202**

|  | CCC # | Amount | DCC # | Amount |
|---|---|---|---|---|
| Cash Bond | | $ 0.00 | | $ 0.00 |
| Capias Pro Fine | | $ 0.00 | | $ 0.00 |
| Out of County Fines | | $ 0.00 | | |
| JP Court | | $ 0.00 | | |
| Bond Fee | | | | $ 0.00 |
| Fax Bond Fee | | | | $ 0.00 |
| Special Fund | | | | $ 0.00 |

Defendant Name: **CRAIG BEASON**  W  M  **11/29/1969**
Offense: **INSUFFICIENT BOND - MAN DEL CS PG 1 >=4G<200G: F1924728**
ID: **14261**  Time: **1:46:53 PM**

Comments:  Cashier: **L. Rangel**

Bond Amount: $ **2,500.00**
Defendant Address: **6004 CORSICA WAY PLANO, TX 75024**

Marian Brown, Sheriff, Dallas County, Texas
By _____ Deputy

Payer Name:  Texas ID #:
Acknowledge receipt of $_____ in the form of a refund

_____
Signature



## Sheriff's Department
### Marian Brown
### Dallas County, Texas
### Bail Bond Section

**RECEIPT**

Date: **2/24/2020**  Bond Amount: $ **1,000.00**

Receipt No: **20905189**  Court No:

Services rendered by Sheriff, Dallas County as listed below

Received Payment: $ **0**   Book-In No.:

From: ,
Bail Bonds: **CONTINENTAL HERITAGE INS CO/PAT KINNARD BAIL BONDS #912 #912**
Address: **101-A SHERMAN STREET** City: **RICHARDSON**  ST: **TX**  Zip: **75081**
Phone: **(214) 752-0202**

|  | CCC # | Amount | DCC # | Amount |
|---|---|---|---|---|
| Cash Bond |  | $ 0.00 |  | $ 0.00 |
| Capias Pro Fine |  | $ 0.00 |  | $ 0.00 |
| Out of County Fines |  | $ 0.00 |  |  |
| JP Court |  | $ 0.00 |  |  |
| Bond Fee |  |  |  | $ 0.00 |
| Fax Bond Fee |  |  |  | $ 0.00 |
| Special Fund |  |  |  | $ 0.00 |

Defendant Name: **CRAIG BEASON**   W   M   **11/29/1969**
Offense: **INSUFFICIENT BOND - POSS CS PG 1 <1G: F1810554**

ID: **14261**   Time: **2:01:59 PM**

Comments:   Cashier: **L. Rangel**

Bond Amount: $ **1,000.00**
Defendant Address: **6004 CORSICA WAY PLANO, TX 75024**

Marian Brown, Sheriff, Dallas County, Texas
By _____ Deputy

--------------------------------------------------------------

Payer Name:   Texas ID #:
Acknowledge receipt of $_____ in the form of a refund

_____
Signature



**Sheriff's Department**
Marian Brown
Dallas County, Texas
Bail Bond Section

**RECEIPT**

Date: **2/24/2020**  Bond Amount: $ **1,000.00**

Receipt No: **20905188**  Court No:

Services rendered by Sheriff, Dallas County as listed below

Received Payment: $ **0**  Book-In No.:

From: ,
Bail Bonds: **CONTINENTAL HERITAGE INS CO/PAT KINNARD BAIL BONDS #912 #912**
Address: **101-A SHERMAN STREET**  City: **RICHARDSON**  ST: **TX**  Zip: **75081**
Phone: **(214) 752-0202**

|  | CCC # | Amount | DCC # | Amount |
|---|---|---|---|---|
| Cash Bond |  | $ 0.00 |  | $ 0.00 |
| Capias Pro Fine |  | $ 0.00 |  | $ 0.00 |
| Out of County Fines |  | $ 0.00 |  |  |
| JP Court |  | $ 0.00 |  |  |
| Bond Fee |  |  |  | $ 0.00 |
| Fax Bond Fee |  |  |  | $ 0.00 |
| Special Fund |  |  |  | $ 0.00 |

Defendant Name: **CRAIG BEASON**  W  M  **11/29/1969**
Offense: **INSUFFICIENT BOND - UNL CARRYING WEAPON: M1924677F**
ID: **14261**  Time: **1:55:05 PM**

Comments:  Cashier: **L. Rangel**

Bond Amount: $ **1,000.00**
Defendant Address: **6004 CORSICA WAY PLANO, TX 75024**

Marian Brown, Sheriff, Dallas County, Texas
By _____ Deputy

Payer Name:  Texas ID #:
Acknowledge receipt of $ _____ in the form of a refund

_____
Signature



**Sheriff's Department**
Marian Brown
Dallas County, Texas
Bail Bond Section

**RECEIPT**

Date: **2/24/2020**  Bond Amount: $ **2,500.00**

Receipt No: **20905190**  Court No:

Services rendered by Sheriff, Dallas County as listed below

Received Payment: $ **0**  Book-In No.:

From:
Bail Bonds: **CONTINENTAL HERITAGE INS CO/PAT KINNARD BAIL BONDS #912 #912**
Address: **101-A SHERMAN STREET**  City: **RICHARDSON**  ST: **TX**  Zip: **75081**
Phone: **(214) 752-0202**

|  | CCC # | Amount | DCC # | Amount |
|---|---|---|---|---|
| Cash Bond |  | $ 0.00 |  | $ 0.00 |
| Capias Pro Fine |  | $ 0.00 |  | $ 0.00 |
| Out of County Fines |  | $ 0.00 |  |  |
| JP Court |  | $ 0.00 |  |  |
| Bond Fee |  |  |  | $ 0.00 |
| Fax Bond Fee |  |  |  | $ 0.00 |
| Special Fund |  |  |  | $ 0.00 |

Defendant Name: **CRAIG BEASON**   W   M   **11/29/1969**
Offense: **INSUFFICIENT BOND - MAN DEL CS PG 1 >=400G: F1924729**

ID: **14261**  Time: **1:59:24 PM**

Comments:  Cashier: **L. Rangel**

Bond Amount: $ **2,500.00**
Defendant Address: **6004 CORSICA WAY PLANO, TX 75024**

Marian Brown, Sheriff, Dallas County, Texas
By _____ Deputy

------------------------------------------------------------

Payer Name:  Texas ID #:
Acknowledge receipt of $_____ in the form of a refund

_____
Signature