IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:19CR254 |
| | § | Judge Mazzant |
| CRAIG BEASON | § | |

## ELEMENTS OF THE OFFENSE

The defendant, **Craig Beason**, is charged in Count One of the Information with violating 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Methamphetamine, and in Count Two with violating 18 U.S.C. § 1029(b)(2), Conspiracy to Commit Access Device Fraud.  The essential elements which must be proven beyond a reasonable doubt in order to establish a violation of these sections are:

### Count One:  21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Methamphetamine

First:     That the defendant and one or more persons, directly or indirectly, reached an agreement to commit the crime charged in Count One of the Information, that is, to distribute or possess with intent to distribute Methamphetamine, a Schedule II controlled substance;

Second:   That the defendant knew of the unlawful purpose of the agreement; and

Third:    That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

## Count Two:  18 U.S.C. § 1029(b)(2), Conspiracy to Commit Access Device Fraud

First:       That the defendant and one or more persons, directly or indirectly, reached an agreement to commit the crime charged in Count Two of the Information, that is, to commit access device fraud;

Second:     That the scope of the conspiracy involved at least fifteen counterfeit or unauthorized access devices, as defined in 18 U.S.C. 1029(e), and that the conspiracy intended to affect interstate or foreign commerce; and

Third:      That the defendant knew of the unlawful purpose of the agreement; and

Fourth:     That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

Respectfully submitted,

STEPHEN J. COX
United States Attorney

/s/ Anand Varadarajan
ANAND VARADARAJAN
Assistant United States Attorney
Texas State Bar No. 24088576
101 East Park Blvd., Suite 500
Plano, Texas  75074
972-509-1201
972-509-1209 (facsimile)
Email:  anand.varadarajan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via CM-ECF electronic filing to defense counsel on June 19, 2020.


*/s/ Anand Varadarajan*
ANAND VARADARAJAN