**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § | |
| **vs.** § § Case No. 4:19-cr-00254 | |
| **CRAIG BEASON** § § | |
| **Defendant.** § | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

TO THE HONORABLE UNITED STATES DISTRICT JUDGE AMOS MAZZANT:

NOW COMES, **CRAIG BEASON**, by and through his counsel, Scott H. Palmer, hereby moves this Court for an order to continue sentencing and would show unto the Court the following.

1. Sentencing is currently set for July 22, 2020.

2. Counsel for defendant respectfully requests sentencing be continue because counsel for defendant will be on a pre-paid vacation with his family from July 15, 2020 until August 9, 2020.

3. Defendant asks that sentencing be rescheduled for the week of August 24, 2020 through September 4, 2020.

4. The continuance will create no hardships on either party.

5. The Government is unopposed to this motion.

WHEREFORE, PREMISES CONSIDERED, Craig Beason defendant, respectfully requests this Honorable Court to issue an order continuing the current sentencing.

Respectfully Submitted,

SCOTT H. PALMER, P.C.

/s/ *Scott H. Palmer*
SCOTT H. PALMER
Texas State Bar No. 00797196

15455 Dallas Parkway, Suite 540
Addison, Texas 75001
Telephone:214-987-4100
Facsimile:214-922-9900
E-Mail: scott@scottpalmerlaw.com

Attorney for Craig Beason

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July 2020, a true and correct copy of the foregoing motion was sent by CM/ECF all Counsel of record.

/s/ Scott H. Palmer
Scott H. Palmer

## CERTIFICATE OF CONFERENCE

On June 26, 2020, I emailed Assistant United States Attorney Glenn Roque-Jackson, regarding this matter. Mr. Roque-Jackson was unopposed to the motion being filed.

/s/ Scott H. Palmer
Scott H. Palmer