IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| vs. | § |
| | § Case No. 4:19-cr-00254 |
| CRAIG BEASON | § |
| Defendant. | § |

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE SENTENCING**

The Court has considered Defendant's Unopposed Motion to Continue Sentencing hearing. The Court GRANTS the motion and will reset the sentencing on the Court's docket for _____ 2020.