**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § | |
| § | |
| § | |
| **vs.** § | |
| § | Case No. 4:19-cr-00254 |
| **CRAIG BEASON** § | |
| § | |
| **Defendant.** § | |

**ORDER ON DEFENDANT'S UNOPPOSED
MOTION TO CONTINUE CHANGE OF PLEA HEARING**

The Court has considered Defendant's Unopposed Motion to Continue Change of Plea Hearing. The Court GRANTS the motion and will reset the change of plea hearing on the Court's docket for _____ 2020.