**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 4:19-CR-254 ALM/KPJ** |
| | § | |
| **CRAIG BEASON** | § | |

### ORDER

Pending before the Court is Defendant's Unopposed Motion to Continue Plea Hearing (Dkt. 46), the motion is hereby **GRANTED**.

It is therefore **ORDERED** that the Change of Plea Hearing is reset for Monday, July 13, 2020, at 9:30 a.m., before U.S. Magistrate Judge Kimberly C. Priest Johnson.

**So ORDERED and SIGNED this 7th day of July, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE