ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED

JUL 13 2020

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | Case No. 4:19CR254 |
| | § | Judge Mazzant |
| CRAIG BEASON | § | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Methamphetamine)

That from sometime on or about August 1, 2019, and continuously thereafter up to and including on or about August 22, 2019, in the Eastern District of Texas and elsewhere, **Craig Beason**, did knowingly and intentionally combine, conspire, and agree with other individuals to knowingly and intentionally possess with the intent to distribute a substance or mixture containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## COUNT TWO

Violation: 18 U.S.C. § 1029(b)(2)
(Conspiracy to Commit Access Device Fraud)

That from sometime on or about August 1, 2019, and continuously thereafter up to and including on or about August 22, 2019, in the Eastern District of Texas and elsewhere, **Craig Beason** did knowingly and with the intent to defraud, did combine, conspire, and agree with other individuals to possess fifteen or more counterfeit or unauthorized access devices, as defined in 18 U.S.C. § 1029 (e), with the intent that said possession would affect interstate and foreign commerce by causing financial institutions to execute interstate monetary transactions, in violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(a)(i).

In violation of 18 U.S.C. 1029(b)(2).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this Information, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

Respectfully submitted,

STEPHEN J. COX

UNITED STATES ATTORNEY

/s/ *[signature]* for AV/GRJ

Anand Varadarajan
G.R. Jackson
Assistant United States Attorneys
101 East Park Blvd., Suite 500
Plano, Texas 75074
Tel: (972)509-1201

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for the Defendant via electronic filing on this the 24th day of June, 2020.

*[signature]*
Anand Varadarajan
G.R. Jackson

Information
Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:19CR254 |
| | § | Judge Mazzant |
| CRAIG BEASON | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 846

Penalty: Imprisonment for a term of not more than 20 years, a fine not to exceed $1 million, or both; and a term of supervised release of at least three years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 1029(b)(2)

Penalty: Imprisonment for a term of not more than 5 years, a fine not to exceed $250,000, or both; and a term of supervised release of up to three years.

Special Assessment: $100.00