ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED

JUL 13 2020

Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | No. 4:19CR254 |
| v. | § | Judge Mazzant |
| | § | |
| CRAIG BEASON | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Craig Beason**, defendant, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Scott Palmer**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offenses to which he is pleading guilty:

1. That the defendant, **Craig Beason**, who is changing his plea to guilty, is the same person charged in the Information;

2. That the events described in the Information occurred in the Eastern District of Texas and elsewhere;

3. That from on or about August 1, 2019, and continuously thereafter up to and including on or about August 22, 2019, **Craig Beason** and one or more persons in some way or manner made an agreement to commit the crime charged in Count One of the Information, to distribute or possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine or methamphetamine (actual);

4. That **Craig Beason** knew the unlawful purpose of the agreement to distribute methamphetamine and joined in it with the intent to further it;

5. That in 2018 and 2019, in Plano, Texas and elsewhere, **Craig Beason** also distributed other narcotics, including but not limited to cocaine, fentanyl, and heroin;

6. That from on or about August 1, 2019, and continuously thereafter up to and including on or about August 22, 2019, **Craig Beason** and one or more persons in some way or manner made an agreement to commit the crime charged in Count Two of the Information, to commit access device fraud;

7. That the scope of the conspiracy involved the possession of fifteen or more counterfeit access devices, as defined by 18 U.S.C. 1029(e);

8. That the conspiracy intended to affect interstate and foreign commerce by causing financial institutions to execute interstate monetary transactions;

9. That **Craig Beason** knew the unlawful purpose of the agreement to commit access device fraud and joined in it with the intent to further it.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute violations of 21 U.S.C. § 846 and 18 U.S.C. § 1029(b)(2).

Dated: 6-12-20

CRAIG BEASON
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and have reviewed it with my client, **Craig Beason**. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: 6/12/2020

SCOTT PALMER
Attorney for Defendant

Factual Basis
Page 3